

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00624-CV

In the **MATTER OF K.B.**, a Juvenile

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. J-11-193
Honorable Linda Z. Jones, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's Order Modifying Probation and Order of Commitment to the Texas Juvenile Justice Department is AFFIRMED.

SIGNED April 9, 2014.

_____
Luz Elena D. Chapa, Justice